**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Yoeu Inc,

Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A,

Defendants.

Case No.: 1:26-cv-04609

Honorable Virginia M. Kendall

**ORDER AUTHORIZING DEDUCTION AND REMITTANCE OF SETTLEMENT FUNDS FROM E-COMMERCE PLATFORM**

Plaintiff Yoeu Inc ("Plaintiff") and Defendants listed in Exhibit 1 ("Defendants") (collectively, the "Parties") reached settlements in this case and executed Settlement Agreements. Among other terms, the Parties agreed that the Defendants shall pay Plaintiff the settlement in the amounts identified in Exhibit 1 through a deduction directly from the Defendants' Amazon seller accounts.

It is therefore ordered that Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") shall deduct the amounts identified in Exhibit 1 from the Amazon seller accounts associated Defendants identified therein and remit those amounts to Plaintiff's counsel within seven (7) days of receiving this Order.

IT IS SO ORDERED.

Dated: 7/1/2026

Virginia M. Kendall
United States District Judge

**EXHIBIT 1**

| No. | Defendant Store Name | Merchant ID | Settlement Amount (USD) |
|---|---|---|---|
| 1 | youwei123 | A7S62HTGCPFGE | $13,900 |
| 2 | zhenghezahuodian | A2VDJ32XJ6EHRV | $8,900 |
| 3 | Brynara | A332SL5O0T30YR | $6,000 |
| 4 | KSIWNNVS | A3QSL1MQQPS2SN | $4,500 |
| 5 | cgefc | A17VU4EXQG09IQ | $3,800 |
| 6 | HFXDSM04 | A2X98ED5HFS6IM | $1,900 |
| 7 | cpuupc | A2LGY05Y3RBSRO | $37,100 |
| 8 | Zhimo Tang | ANR4DAXT4TJA6 | $1,800 |
| 9 | XINGFU NVREN | A16RWFISMHIIDH | $1,700 |
| 10 | Kailing Xuan | A10ORSI7WZ24SL | $1,700 |
| 11 | shanheshishanjiacun | APPCYBU8WSR9P | $1,300 |
| 12 | YXEEW | AJXT900D2DN5J | $1,200 |
| 13 | Umber Willow | A3RPGI32D7BR1M | $75,000 |
| 14 | fushengshangcheng | A1GFGG0EJWOXRJ | $4,900 |
| 15 | Yunchi Ge | A15VFYVNKZ0W4U | $3,000 |
| 16 | Alder Cobalt | A1FAVMX7M9Q3JG | $2,000 |
| 17 | Hanmo Ting | A3TQB0YF9XMB73 | $2,000 |
| 18 | XIULIXIAODIANA | AB3VTL7683W5O | $1,600 |
| 19 | Ruihe Ju | A6X8052VJZ7P4 | $1,600 |
| 20 | Solstice Fern | A6K1ML9DQU7J2 | $1,500 |
| 21 | AMZFAFAFQA | A1NNGRYXM8ATFR | $1,100 |
| 22 | Fell asleep while singing | ABXFBWS3VOK1D | $1,000 |
| 23 | Ravelle Orchard | A3UMPBJQLOF810 | $800 |
| 24 | yuzhichen | A2CXUZ5BH5J9QU | $32,200 |
| 25 | sclionge | A1HNVZDC4KIP9W | $15,300 |
| 26 | facaaodianpu SWA | A1TJ9ENCYNBYPN | $9,100 |
| 27 | XFGMSTORE | A11LK2283T307M | $6,000 |
| 28 | MINI23 | A1YL2LSF55PRWA | $5,900 |
| 29 | Beuiyilu ASW1 | A3C0JK17WB8Q42 | $3,300 |
| 30 | HFXDSM03 | A2EK4XM82BNA2M | $3,300 |
| 31 | GuiZhiohsoigskoifghuisd | A14V1KN0FF8YKJ | $2,800 |
| 32 | Kaison Hentai | A112KHWECSHXLI | $2,500 |
| 33 | WUSAK-US | A2NJC33AJEDQOZ | $2,500 |
| 34 | fvyrgfyrges | A1A219W3OZZ4PE | $2,200 |
| 35 | huomunongmu | ALX36KUGY6L1H | $2,000 |
| 36 | encouotey | A39WG0LQ14WP2Z | $1,500 |
| 37 | bandc12 | A3UZVZLFUUQ6BU | $29,400 |

| | | | |
|---|---|---|---|
| 38 | Junhong12 | A9XVXUURAX6EB | $12,600 |
| 39 | GJSHIUFGESHOP | AM3CTML9FMLJ4 | $12,000 |
| 40 | NanLKGUNIS | A3NIKE2HXH5LL6 | $10,900 |
| 41 | Licaiilai | A348XRHJWYBCG6 | $6,900 |
| 42 | Lolomolle | A17RBU5EPZLWRA | $6,700 |
| 43 | Dovetail Harbor | A22SGU77VAUM65 | $6,600 |
| 44 | ABCSHY | A1L8I957EK6CI2 | $4,400 |
| 45 | Arden Clover | A2L57M8PVOUHF8 | $4,300 |
| 46 | DAMAITOU大麦 | A3B8XWPGIJSUET | $4,300 |
| 47 | Hallowmere Reed | A2KQPSS80UUY16 | $3,400 |
| 48 | XFGMSTORE01 | A1I0OWZB716HHF | $3,200 |
| 49 | qimei LLC | A2860IWCGBRDUL | $3,000 |
| 50 | Briar Lantern | A231S6RBJ58I9B | $2,900 |
| 51 | Jianrain | A3S9DB71TYBCN7 | $31,700 |
| 52 | henanjiamingshipinyouxiangongsi | A2N1MM18KLHHC0 | $13,900 |
| 53 | huaixianyong8 | A1GE07QTQ2QRRS | $13,900 |
| 54 | BSJLM-3 | A31SXUN7SS88W2 | $9,600 |
| 55 | taianshisenyangyuanyuanlinyouxiangongsi | A2EG6K243ZAPCM | $7,500 |
| 56 | hejiahuanletiantian | A1DT1URYKNTTIM | $7,400 |
| 57 | HFXDSM10 | A3T78Y0CO1B5RA | $4,700 |
| 58 | kaylynnorthcote | A3B15FUWAVPQV1 | $4,700 |
| 59 | Fairwind Moss | AUOBBH0F8U5K0 | $3,900 |
| 60 | fushengshangchengg | A3AB7S7IBSTG08 | $3,800 |
| 61 | LongCe | A37JBOHJIGSPNU | $3,700 |
| 62 | Bosen Yuan | A15KOF5BO98MUI | $3,500 |
| 63 | Evermoor Pine | A2LT4JX24PAEKE | $3,200 |
| 64 | Qinglu Zhai | A2OXQ0X02CCM4 | $2,900 |
| 65 | HFDXF026 | A569066AZ2U77 | $119,200 |
| 66 | Beryl Henrietta | A13OWTG1PZZFK7 | $3,800 |
| 67 | Ternedu-us | A34YDHRDXENB6Z | $1,100 |
| 68 | CengFanJu6904 | A3DVL86G5VKPLM | $500 |
| 69 | Washranniyid | AZH3DGW8GF9PJ | $32,200 |
| 70 | WJC-shoping | A24T6K84261LGB | $10,300 |
| 71 | wiixiha | A35PSHMF0MRLKP | $10,200 |
| 72 | HFDXF067 | A2JITJKHMXGZQ4 | $7,900 |
| 73 | youyouqun | A2KIFQNT82COL9 | $7,800 |
| 74 | GREGRFnhf | A279BWN120EADQ | $7,700 |
| 75 | Drifton Elm | A187BO5WGYG666 | $5,200 |
| 76 | FriendlyService-US | A1YEKNYJ607U7C | $2,800 |
| 77 | XFGMSTORE03 | AI8JFUNBHLEE6 | $2,500 |

| | | | |
|---|---|---|---|
| 78 | LINGYUE Store | A3KP42KO8DY9X4 | $2,300 |
| 79 | Ivory Mallow | A3EJLTK905DBAE | $2,300 |
| 80 | Lumen Briar | AN9MOKRY68OYQ | $2,200 |
| 81 | Quill Harbor | A1HQ1S4LN4LBXX | $2,200 |
| 82 | Glenhaven Pearl | A1KEB83X3TMY80 | $1,900 |