**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Yoeu Inc,

Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A,

Defendants.

Case No.: 1:26-cv-04609

Honorable Virginia M. Kendall

**PLAINTIFF'S INITIAL STATUS REPORT**

Plaintiff Yoeu Inc., by and through its undersigned counsel, respectfully submits this Initial Status Report pursuant to the Court's Order [17] and states as follows:

1. This action concerns Defendants' alleged infringement and counterfeiting of Plaintiff's federally registered trademark through products offered for sale on online marketplace storefronts.
2. The principal factual and legal issues concerned whether Defendants' online listings and sales infringed Plaintiff's trademark and the relief available to Plaintiff. Those issues have been resolved through settlement.
3. Plaintiff and Defendants have executed settlement agreements resolving Plaintiff's claims against them. The Court entered Orders [20] and [22] authorizing the relevant e-commerce platform to deduct and remit the agreed settlement payments. Plaintiff is awaiting receipt of those payments and intends to dismiss the settling Defendants upon receipt.
4. No merits discovery has been conducted. In view of the settlements, Plaintiff does not anticipate further discovery and does not believe a discovery schedule is necessary.
5. The monetary relief has been resolved through the settlement agreements. Accordingly,

Plaintiff does not anticipate any further proceedings concerning damages or any discovery-related proportionality issues.

6. Plaintiff does not anticipate filing any further merits motions, including a motion for default judgment. Upon receipt of the settlement payments, Plaintiff intends to file the appropriate dismissals.
7. In view of the settlements and anticipated dismissals, the parties have not jointly consented to proceed before the Magistrate Judge, and Plaintiff does not believe a referral is presently necessary.

Accordingly, Plaintiff respectfully submits that no case-management deadlines are presently necessary and requests sufficient time to complete the settlement payments and dismiss the settling Defendants.

DATED: July 24, 2026

Respectfully submitted,

*/s/ Qin Zhuang*

Qin Zhuang
870 Sunset Ave, Haworth, NJ 07641
201-905-4195
zhuangqin@yuntinglaw.com
***Counsel for Plaintiff***